JS 45 (01/2008)                           **REDACTED**

Criminal Case Cover Sheet                                                    U.S. District Court

**Place of Offense:**           Under Seal: Yes ___ No X    Judge Assigned: Rossie D. Alston, Jr.
City _____         Superseding Indictment ___       Criminal Number: 1:23-CR-156
County/Parish Fairfax    Same Defendant ___               New Defendant    X
                         Magistrate Judge Case Number ___   Arraignment Date: ___
                         Search Warrant Case Number ___
                         R 20/R 40 from District of ___
                         Related Case Name and No: ___

Defendant Information:
Juvenile -- Yes ___ No X   FBI # ___
Defendant Name: Daniel Marc Lofaro    Alias Name(s) ___
Address: Fairfax, VA 22030
Employment: ___

Birth date 1984   SS# 4007   Sex M Def Race ___   Nationality ___   Place of Birth Philadelphia, PA
Height ___ Weight ___ Hair ___ Eyes ___   Scars/Tattoos ___
Interpreter: X No ___ Yes List language and/or dialect: ___   Automobile Description ___
Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody      ___ On Pretrial Release      ___ Not in Custody
X Arrest Warrant Requested        ___ Fugitive                 ___ Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought         ___ Bond

Defense Counsel Information:
Name: ___                        ___ Court Appointed     Counsel conflicted out: ___
Address: ___                     ___ Retained
Telephone: ___                   ___ Public Defender     Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA   Lauren Pomerantz Halper, and SAUSA McKenzie Hightower   Telephone No: (703) 299-3700   Bar # ___

Complainant Agency, Address & Phone Number or Person & Title:
NCIS SA Catherine Kuhnheim

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Distribution of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Receipt of Child Pornography | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography | 3 | Felony |

(May be continued on reverse)

Date: September 26, 2023    Signature of AUSA: *Lauren Halper*