# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:23-CR-156 |
| ) | |
| DANIEL MARC LOFARO ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Daniel Marc Lofaro made his initial appearance today, October 6, 2023 before the undersigned pursuant to Fed. R. Crim. P. 5(a)(1). Defendant was represented by counsel and advised of his rights and other matters consistent with Fed. R. Crim. P. 5. During Defendant's initial appearance, the Government requested detention, and a detention hearing was set before the Honorable United States Magistrate Judge Lindsay R. Vaala for Wednesday, October 11, 2023, at 2:00 p.m. The undersigned released Defendant pending the detention hearing to attend his father's funeral on Saturday, October 7, 2023, in Havertown, Pennsylvania subject to the following conditions. Defendant was advised of these conditions in open court during the initial appearance.

Accordingly, it is hereby

ORDERED that Defendant shall be supervised by Pretrial Services; it is further

ORDERED that Pretrial Services shall install GPS monitoring of Defendant; it is further

ORDERED that Defendant is released until the detention hearing on Wednesday, October 11, 2023 to attend his father's funeral on Saturday, October 7, 2023 in Havertown, Pennsylvania; it is further

ORDERED that Defendant's travel is restricted to the Eastern District of Virginia, the District of Maryland, and the Eastern District of Pennsylvania; it is further

ORDERED that Defendant shall turn over his passport and all firearms that he owns or that are maintained at his residence to his attorneys or pretrial services; it is further

ORDERED that Defendant shall not use a computer device or phone with internet access while on release, except a GPS; it is further

ORDERED that Defendant shall reside with his mother in Pennsylvania from now until the detention hearing; and it is further

ORDERED that Defendant shall appear at his detention hearing on October 11, 2023, at 2:00 p.m.

**ENTERED** this 6th day of October, 2023.

*William E. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia