AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2023 OCT -6  P 2: 50

| | |
|---|---|
| United States of America<br>v.<br>DANIEL MARC LOFARO<br><br>*Defendant* | )<br>)  Case No. 1:23-CR-156<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Daniel Marc Lofaro ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of Title 18, United States Code, §§ 2252(a)(2) and (b)(1); Receipt of Child Pornography, in violation of Title 18, United States Code, §§ 2252(a)(2) and (b)(1); Possession of Child Pornography, in violation of Title 18, United States Code, §§ 2252(a)(4)(B) and (b)(2).

Date: 10/5/2023

*Issuing officer's signature*

Whitney Garnett, Deputy Clerk
*Printed name and title*

City and state:  Alexandria, Virginia

---

**Return**

This warrant was received on *(date)* 10/6/23 , and the person was arrested on *(date)* 10/6/23
at *(city and state)* Alexandria, VA .

Date: 10/6/23

*Arresting officer's signature*

Gregory Deford Dush
*Printed name and title*