IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 1:23-cr-156 (RDA) |
| ) | |
| DANIEL MARC LOFARO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Revoke Release Order ("Motion"). Dkt. 16. Having considered the Motion (Dkt. 16), Defendant's Opposition (Dkt. 25), the record before Magistrate Vaala, the record before Magistrate Judge Fitzpatrick, and the evidence and arguments presented at the October 25, 2023 hearing, and for the reasons stated on the record at the October 25, 2023 hearing, it is hereby ORDERED that the Government's Motion (Dkt. 16) is GRANTED; and it is

FURTHER ORDERED that Magistrate Judge Vaala's Order Setting Conditions of Release (Dkt. 14) is hereby REVOKED; and it is

FURTHER ORDERED that Defendant Daniel Marc Lofaro shall be DETAINED pending trial.

It is SO ORDERED.

Alexandria, Virginia
October 25, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge