**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL MARC LOFARO,<br><br>*Defendant*. | Case No. 1:23-CR-156<br><br>Hon. Rossie D. Alston |

**ORDER**

Upon consideration of the Consent Motion to Convert May 1, 2024 Hearing to Change of Plea Hearing and to Suspend Trial Deadlines by the United States, with the consent of the defendant, it is hereby

**ORDERED** that the motion be, and it hereby is **GRANTED.**

It is further **ORDERED** that the May 1, 2024 Motion Hearing is converted to a Change of Plea Hearing.

It is further **ORDERED** that all trial deadlines through and including May 1, 2024 are hereby suspended.

It is further **ORDERED**, pursuant to Title 18, United States Code, Section 3161(h)(1)(G), that the period of delay resulting from the consideration of the proposed plea agreement entered into by the parties, through May 1, 2024, or any hearing in consideration of that matter, is hereby excluded from the speedy trial calculation.

Date:
  Alexandria, Virginia