IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



UNITED STATES OF AMERICA, )
 )
v. ) Criminal Action No. 1:23-cr-156 (RDA)
Daniel Marc Lofaro )
 )
 )
 )
Defendant. )

## NOTICE OF RIGHT TO APPEAL SENTENCE UNDER LIMITED CIRCUMSTANCES

Defendant Daniel Marc Lofaro ("Defendant") comes before the Court for the purpose of entering a plea of guilty. In addition to the colloquy regarding the significance of Defendant's guilty plea, the Court, pursuant to Fed. R. Crim P. 32(j)(1)(B), now provides notice to Defendant of the right to appeal Defendant's sentence.

While Defendant has entered into a plea agreement wherein Defendant generally waived Defendant's right to appeal the sentence of the Court, Defendant nevertheless retains the right to obtain appellate review of Defendant's sentence on certain limited grounds, including a sentence outside of the statutorily prescribed maximum, a sentence based on a constitutionally impermissible factor, or circumstances wherein Defendant did not waive this right knowingly and voluntarily.

I, Daniel Lofaro, the Defendant, do hereby acknowledge that I understand that I have the right to appeal my sentence under the circumstances referenced herein.

_____   _____
Counsel for Defendant                           Defendant

5/1/2024                                              1 MAY 2024
_____   _____
Date                                                     Date

Alexandria, Virginia
May 1, 2024                                       _____
                                                            Rossie D. Alston, Jr.
                                                            United States District Judge