# EXHIBIT E

| ███ | 8/18/21 2:11 | How's it going |
|---|---|---|
| C. Gull Dukat | 8/18/21 2:11 | Hey |
| C. Gull Dukat | 8/18/21 2:11 | I apologize, what group are you from? |
| ███ | 8/18/21 2:12 | I'm in a few |
| C. Gull Dukat | 8/18/21 2:13 | Hummm. Was it a swinger group or something else? |
| ███ | 8/18/21 2:14 | I'm mainly in anything go groups young or incest |
| C. Gull Dukat | 8/18/21 2:14 | Ah ok |
| C. Gull Dukat | 8/18/21 2:15 | I removed all of those the other day 😖 |
| C. Gull Dukat | 8/18/21 2:15 | Glad you connected |
| ███ | 8/18/21 2:15 | Aha I try to be |
| C. Gull Dukat | 8/18/21 2:17 | I don't have anything to trade due to my recent purge sir. Sorry |
| C. Gull Dukat | 8/18/21 2:17 | Unless you wanted to just chat |
| ███ | 8/18/21 2:17 | Ah damm |
| C. Gull Dukat | 8/18/21 2:17 | Yah should have caught me a few days ago |

| ███ | 8/22/21 20:37 | He cgull |
|---|---|---|
| ███ | 8/22/21 20:37 | You said you have some young stuff right? |
| C. Gull Dukat | 8/22/21 20:39 | I don't keep that Nick. Did a purge the other day |
| C. Gull Dukat | 8/22/21 20:39 | No I do not |
| ███ | 8/22/21 20:39 | Shame. |
| C. Gull Dukat | 8/22/21 20:39 | I know. Shame. I will contact you when I get some |
| ███ | 8/22/21 20:39 | Sure. |

| | | |
|---|---|---|
| C. Gull Dukat | 2/3/22 3:04 | Yo |
| ███████ | 2/3/22 3:05 | Hru |
| C. Gull Dukat | 2/3/22 3:05 | Fine and you |
| ███████ | 2/3/22 3:05 | Good |
| ███████ | 2/3/22 3:05 | U got anything else? |
| C. Gull Dukat | 2/3/22 3:05 | Just did a purge. My system is now clean 😁 |
| C. Gull Dukat | 2/3/22 3:06 | I get paranoid every once and a while |
| ███████ | 2/3/22 3:35 | Oh damn |
| C. Gull Dukat | 2/3/22 3:36 | Yah sorry. Check back in a few days |
| C. Gull Dukat | 2/4/22 10:15 | And what do you like? |
| ███████ | 2/4/22 10:16 | Stands to reason I could make myself cum the best. |
| ███████ | 2/4/22 10:16 | This might be a long shot buttt |
| ███████ | 2/4/22 10:16 | Do you have any irl pics or vids you could send me? |
| ███████ | 2/4/22 10:16 | In return for my lovely collection of 2d and 3d pictures and videos lol |
| ███████ | 2/4/22 10:16 | I like literally everything |
| C. Gull Dukat | 2/4/22 10:17 | I did a purge the other day. But I will send you some when I get them back |
| ███████ | 2/4/22 10:17 | Oki, that's understandable lol |
| ███████ | 2/4/22 10:17 | Sad but understandable. |
| C. Gull Dukat | 2/4/22 10:17 | Need to keep things clean. Just in case |