# EXHIBIT F

| | | | |
|---|---|---|---|
| C. Gull Dukat | 1/31/22 22:53 | Ah ok | |
| C. Gull Dukat | 1/31/22 22:53 | https:// ▮▮▮▮▮▮▮▮▮ | |
| C. Gull Dukat | 1/31/22 22:54 | This one was working earlier | |
| ▮▮▮ | 1/31/22 22:54 | Yo | |
| C. Gull Dukat | 1/31/22 22:54 | Hey | |
| ▮▮▮ | 1/31/22 22:54 | Hey | |
| C. Gull Dukat | 1/31/22 22:54 | | **6c3b8902-7896-43f8-88da-9a2cac9ec96d** |
| C. Gull Dukat | 1/31/22 22:54 | | ab9acf66-de44-4391-ab02-5ad058b98cb0 |
| C. Gull Dukat | 1/31/22 22:55 | Found it | |
| ▮▮▮ | 1/31/22 22:55 | Yeah these never last long | |
| ▮▮▮ | 1/31/22 22:55 | So is this a video group or a link group? | |
| ▮▮▮ | 1/31/22 22:55 | Nice | |
| C. Gull Dukat | 1/31/22 22:55 | Did it work? | |
| ▮▮▮ | 1/31/22 22:55 | Video | |
| C. Gull Dukat | 1/31/22 22:55 | Video | |
| ▮▮▮ | 1/31/22 22:55 | Cool. I got a few but I can't post yet | |
| ▮▮▮ | 1/31/22 22:55 | Hello | |
| ▮▮▮ | 1/31/22 22:55 | | 261de019-3a9c-4ab4-887a-5c6261a10ee5 |
| C. Gull Dukat | 1/31/22 22:55 | Yo | |
| ▮▮▮ | 1/31/22 22:55 | No it didn't | |
| C. Gull Dukat | 1/31/22 22:55 | Shame | |
| ▮▮▮ | 1/31/22 22:55 | U can send them to c. Do he can post them | |
| ▮▮▮ | 1/31/22 22:56 | So | |

| | 1/31/22 22:56 | Mmm | |
|---|---|---|---|
| C. Gull Dukat | 1/31/22 22:56 | Yup | |
| | 1/31/22 22:56 | hey all | |
| | 1/31/22 22:56 | | **85426d10-586f-44ec-a9cd-a925729ac104** |
| | 1/31/22 22:56 | Can you post this one? | |
| | 1/31/22 22:56 | Hi | |
| C. Gull Dukat | 1/31/22 22:57 | A bit too explicit for me to post in public | |
| | 1/31/22 22:57 | | **cb51a450-4871-4117-a4c7-122a1338d3aa** |
| | 1/31/22 22:57 | What about this one? | |
| | 1/31/22 22:59 | Links also accepted | |
| | 1/31/22 22:59 | So f****** hot | |
| | 1/31/22 22:59 | | 58224136-b0d8-4142-aa58-fbf29d549c00 |
| | 1/31/22 23:00 | I don't have links but I have a few videos. But there to explicit for a public chat according to c | |
| C. Gull Dukat | 1/31/22 23:00 | Yah sorry. I don't want to post that in public. | |

| | 2/4/22 2:11 | You added ▮ from a group you are in together '#▮' |
|---|---|---|
| C. Gull Dukat | 2/4/22 2:12 | Hey. Announcing that in the chat will get you kicked. Just FYI |
| C. Gull Dukat | 2/4/22 2:12 | But yes 😂 |
| C. Gull Dukat | 2/4/22 2:13 | You are not a couple? |
| | 2/4/22 2:13 | That sucks |
| C. Gull Dukat | 2/4/22 2:13 | There are other groups out there |
| C. Gull Dukat | 2/4/22 2:13 | But just be a bit more stealth about it |
| | 2/4/22 2:13 | Eh if |
| | 2/4/22 2:13 | Ig |
| C. Gull Dukat | 2/4/22 2:14 | What can you do 😂 |
| C. Gull Dukat | 2/4/22 2:14 | So what are you into in that scene? |
| C. Gull Dukat | 2/4/22 2:14 | I like mother son |
| | 2/4/22 2:15 | Father and daughter |
| C. Gull Dukat | 2/4/22 2:15 | That is good too |
| C. Gull Dukat | 2/4/22 2:15 | I like Asian if father daughter |
| C. Gull Dukat | 2/4/22 2:15 | That and dog daughter |
| C. Gull Dukat | 2/4/22 2:15 | But that is hard to find |