# EXHIBIT H

| | | | |
|---|---|---|---|
| ▉ | 2/8/22 5:56 | You added Mr from a group you are in together '#▉' | |
| C. Gull Dukat | 2/8/22 5:56 | Hi | |
| C. Gull Dukat | 2/8/22 5:56 | S2r | |
| ▉ | 2/8/22 5:57 | Just starting again cos I was banned ▉ what sort of things? 😼 | |
| C. Gull Dukat | 2/8/22 5:57 | The 🤤 sort of things | |
| C. Gull Dukat | 2/8/22 5:57 | Good luck with starting again | |
| ▉ | 2/8/22 5:57 | ▉ thanks! Should be fun! | |
| ▉ | 2/8/22 6:01 | Any good groups to join so I can rebuild? | |
| C. Gull Dukat | 2/8/22 6:01 | This one is fine. Just ask people in their dm | |
| C. Gull Dukat | 2/8/22 6:01 | Be discreet about it | |