# EXHIBIT I

| | | |
|---|---|---|
| C. Gull Dukat | 8/22/21 13:18 | I already know the answer is no but you active in taboo |
| ▮▮▮ | 8/22/21 13:19 | Love drinking |
| C. Gull Dukat | 8/22/21 13:19 | I mean with family |
| ▮▮▮ | 8/22/21 13:20 | C, are you? |
| C. Gull Dukat | 8/22/21 13:20 | Not active |
| C. Gull Dukat | 8/22/21 13:20 | But into |
| C. Gull Dukat | 8/22/21 13:20 | You? |
| ▮▮▮ | 8/22/21 13:20 | Not active..but into taboo |
| ▮▮▮ | 8/22/21 13:21 | Not with family |
| C. Gull Dukat | 8/22/21 13:21 | Because I would totally come down if I could join your family with you 😭 |
| ▮▮▮ | 8/22/21 13:21 | Nope, sorry |
| ▮▮▮ | 8/22/21 13:22 | You added ▮▮▮ from a group you are in together '#▮▮▮l' |
| C. Gull Dukat | 8/22/21 13:22 | You have any young with animals? |
| ▮▮▮ | 8/22/21 13:22 | ▮▮▮ has left the chat |
| ▮▮▮ | 8/22/21 13:23 | Guess he couldn't find what he was looking for |
| ▮▮▮ | 8/22/21 13:28 | Nah seen plenty but never save it |
| ▮▮▮ | 8/22/21 13:28 | only got them hentais ^^ |
| ▮ | 8/22/21 13:28 | Damn |
| C. Gull Dukat | 8/22/21 13:28 | Shame. It is hard come cum by |
| C. Gull Dukat | 8/22/21 13:28 | 😭😭😭 |
| C. Gull Dukat | 8/22/21 13:28 | Judge 😭😭😭 |
| ▮▮▮ | 8/22/21 13:29 | lol nah someone litteraly shared some in one of my groups |
| ▮▮▮ | 8/22/21 13:29 | but without the animal tho ^^ |

| | | |
|---|---|---|
| C. Gull Dukat | 8/22/21 13:29 | Ah |
| C. Gull Dukat | 8/22/21 13:30 | The with animals is what is hard to come by 😢😢😢 |
| | 8/22/21 13:33 | 🫂 |
| C. Gull Dukat | 8/22/21 13:34 | Guess not. |
| C. Gull Dukat | 8/22/21 13:34 | He was a 70yo man |
| C. Gull Dukat | 8/22/21 13:34 | So maybe his tastes are well refined |
| | 8/22/21 13:34 | 😉 |
| | 8/22/21 13:35 | you got some CP? |
| | 8/22/21 13:35 | or just looking to find some beastiality cp ❓ |
| C. Gull Dukat | 8/22/21 13:35 | No. Plenty of beast |
| | 8/22/21 13:36 | Same dude ^^ |
| C. Gull Dukat | 8/22/21 13:36 | We are in the same boat |
| | 8/22/21 13:36 | No Cp but i got people who do have if you were intrested is all ^^ |
| C. Gull Dukat | 8/22/21 13:37 | Not at the moment (unless little boys with moms or with little girls) |
| | 8/22/21 13:37 | Lol....I'm 70 |
| C. Gull Dukat | 8/22/21 13:37 | But really looking for that with beast |