# **EXHIBIT J**

| | | |
|---|---|---|
| C. Gull Dukat | 8/22/21 14:56 | Can you send one or two young penetration vids... I have an itch I need to scratch |
| [redacted] | 8/22/21 15:08 | I dont have any ^^ I dont mind it but i dont dabble in it ^^ |
| [redacted] | 8/22/21 15:08 | Ask in chat tho |
| [redacted] | 8/22/21 15:08 | im sure they got some |
| C. Gull Dukat | 8/22/21 15:08 | Thanks |