# EXHIBIT K

| C. Gull Dukat | 2/4/22 2:15 | I like Asian if father daughter |
| C. Gull Dukat | 2/4/22 2:15 | That and dog daughter |
| C. Gull Dukat | 2/4/22 2:15 | But that is hard to find |