# EXHIBIT L

| | | | |
|---|---|---|---|
| C. Gull Dukat | 2/9/22 13:03 | Want one that is a little out of your preferred age? | |
| ■ | 2/9/22 13:04 | Mmmm damn she's hot | |
| ■ | 2/9/22 13:04 | I'll try anything lol | |
| C. Gull Dukat | 2/9/22 13:04 | Right! | |
| C. Gull Dukat | 2/9/22 13:04 | Ok | |
| C. Gull Dukat | 2/9/22 13:05 | | **6fcf95c6-f6bd-410a-acf2-cc4c26f4f997** |
| ■ | 2/9/22 13:06 | | 762571c9-d83c-4652-a161-cd8e86ff4fb7 |
| ■ | 2/9/22 13:06 | It's okay | |
| ■ | 2/9/22 13:20 | Jesus. She's tiny lol | |
| ■ | 2/9/22 13:20 | | **690ed088-28a1-4074-9251-ccfc336c61d5** |
| ■ | 2/9/22 13:20 | Kids these days! | |
| ■ | 2/9/22 13:20 | | **8e2dcdb6-1944-4d35-b826-68343334f32a** |
| C. Gull Dukat | 2/9/22 13:20 | | **8e2dcdb6-1944-4d35-b826-68343334f32a** |
| C. Gull Dukat | 2/9/22 13:21 | Good to see the little boy having fun | |
| C. Gull Dukat | 2/9/22 13:21 | Love boy girl and boy mom | |
| C. Gull Dukat | 2/9/22 13:23 | You have any little boy little girl or boy mom | |
| ■ | 2/9/22 13:24 | Actually yes I do | |
| C. Gull Dukat | 2/9/22 13:24 | 😍 | |
| ■ | 2/9/22 13:24 | | **cbc184ea-ad02-4c54-ba3a-1b7a18030470** |
| C. Gull Dukat | 2/9/22 13:25 | | 762571c9-d83c-4652-a161-cd8e86ff4fb7 |
| ■ | 2/9/22 13:35 | | **a6a1ecda-4a2a-4882-becb-5ec4cf9839ec** |
| ■ | 2/9/22 13:35 | I have 478 of irl videos | |
| ■ | 2/9/22 13:35 | Lollllll i dont like being touched unless i know someone very well. Ive neve heard someone say it lkke that though | |

| | | | |
|---|---|---|---|
| C. Gull Dukat | 2/9/22 13:35 | Love that one. Classic | |