**SENTENCING HEARING**                          Judge Rossie D. Alston
Date: 07/24/24                                  Reporter: T. Harris
Start: 10:51am       End: 1:28pm

**UNITED STATES of AMERICA**        CASE NUMBER: 1:23cr156
Vs.

DANIEL MARC LOFARO
                Mckenzie Hightower           Elizabeth Van Pelt
Counsel/Govt.: Lauren Halper    Counsel/Deft.: Frank Salvato/Michael Sprano
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: _____

**SENTENCING GUIDELINES:**              Upon Motion of [ ] Deft [ ] Govt
Offense Level: 43                       Court depart from G/L pursuant to:
Criminal History: I                                     [ ] USSG 5K1.1
Imprisonment Range: LIFE (cts 2-4 restricted at 240 mths ea) [ ] USSG 5C1.2
Supervised Release Range: 5 years to LIFE (each count)  [ ] USSG 5K2.12
Restitution: $ 37,500.00                                [ ] USSG 5H1.4
Fine Range: $ 50,000.00 to $ 250,000.00                 [ ] _____
Special Assessment: $ 100.00 **per** Count
**JVTA** Assessment: $5,000.00 *per* Count
**AVAA** Assessment: $Up to $35,000.00 Counts 2 & 3
**AVAA** Assessment: Up to 17,000.00 Count 4

**JUDGMENT of the COURT:**
BOP for LIFE (Count 1);(180 months-Counts 2,3, 4; all counts to run, concurrent.
Supervised Release for LIFE (each count, concurrent)
Supervised Probation for _____ Years
Restitution: **DEFERRED until 9/18/24 at 11:00am**
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $ 400.00   [ ]Satisfied [x] Due immediately
JVTA Assessment: $20,000.00
AVAA Assessment: $4,000.00
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS: SEE JUDGMENT**

**RECOMMENDATION TO BOP:**

 x  Deft. to be designated to a Facility in Fort Dix, NJ.
 ___ Other: _____.

Defendant: [X] Remanded [ ] Self Surrender/Bond cont.

 Deft witness: 1) Marlene Lofaro

 Notice of Right to Appeal & Forfeiture Order filed & entered in open court