IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL MARC LOFARO,<br><br>*Defendant*. | Criminal No. 1:23-cr-156 |

## ORDER

Upon Motion of the United States to Dismiss any remaining counts of the original Indictment in the above-captioned case, it is hereby

ORDERED that any remaining counts of the original Indictment in the above-captioned case are dismissed.

Date: July 30, 2024
Alexandria, Virginia

/s/
Rossie D. Alston, Jr.
United States District Judge