IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA:

V.                                          Case No. 1:23-cr-156-RDA

DANIEL LOFARO              :

<u>Updated Position on Habeas</u>

Daniel Lofaro, by counsel, hereby updates his position with respect to the Habeas Petition.

We believe the appointment of Mr. Vangellow is the best course of action here. In cases involving habeas proceedings, new counsel is appropriate because there is an inherent conflict of interest. Accordingly, we have no objection to new counsel and have asked for that very relief in our original submission.

We saw the Court sent a financial affidavit to Mr. Lofaro but have not seen a notice about whether that affidavit has been received by Lofaro or received by the Court. BOP can sometimes be irregular regarding service of documents, so we are unsure where things stand insofar as this affidavit. Given the Holiday season, perhaps the mail has been delayed. Lofaro has been incarcerated since his bond was revoked well over a year ago.

                                                                        Daniel Lofaro

                                                                        By Counsel

_____/s/_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314

703-548-5000
Bar No. 30453
Frank@Salvatolaw.com


_____/s/_____
Elizabeth Van Pelt
3101 Wilson Boulevard, Suite 500
Arlington, Virginia 22201
571-356-9066
Bar No. 82750
libbey@libbeyvanpeltlaw.com


Certificate

I hereby certify that this pleading was filed with the Court's electronic filing system which will then send a notice to the Office of the U.S., Attorney 2100 Jamieson Avenue, Alexandria, Virginia on this 12th day of December, 2025,


_____/s/_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com